RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Jorge Abramovs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ABRAMOVS,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00027-RFB-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Joseph S. McFarlane, Trial Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Jorge Abramovs, that the Sentencing Hearing currently scheduled on March 3, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days from March 3, 2022.

　　　This Stipulation is entered into for the following reasons:

1. While Mr. Abramovs was housed at the Henderson Detention Center it was extremely difficult for defense counsel to meet with him. As such, defense counsel has been unable to confer with Mr. Abramovs about the presentence investigation report and submit informal objections on his behalf. As Mr. Abramovs is now back at the Nevada Southern Detention Center, defense counsel is hopeful that these communication problems will no longer be an issue. However, a continuance is still necessary to allow defense counsel adequate time to review the PSR with Mr. Abramovs and prepare for sentencing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 18th day of January, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Joseph S. McFarlane*<br>By_____<br>JOSEPH S. MCFARLANE<br>Trial Attorney<br>Fraud Section, Criminal Division<br>U.S. Department of Justice |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00027-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JORGE ABRAMOVS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, March 3, 2022 at 9:00 a.m., be vacated and continued to May 5, 2022 at the hour of 9:00 a.m.

DATED this 20th day of January, 2022.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3