1    CHRISTOPHER CHIOU
      Acting United States Attorney
2    Nevada Bar Number 14853
      JAMES A. BLUM
3    Assistant United States Attorney
      501 Las Vegas Boulevard South, Suite 1100
4    Las Vegas, Nevada 89101
      (702) 388-6336
5    james.blum@usdoj.gov
      *Attorneys for the United States*

6

7

8

9               **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-027-RFB-DJA |
| Plaintiff, | **United States of America's Motion to Approve Listing Price for Real Property Located at 3726 South Las Vegas Boulevard, Unit 1803, Las Vegas, Nevada** |
| v. | |
| JORGE ABRAMOVS, | |
| Defendant. | |

16            **Motion and Memorandum of Points and Authorities**

17        The United States of America (United States) moves this Court to approve a listing

18   sale price of $480,000 for Real Property Located at 3726 South Las Vegas Boulevard, Unit

19   1803, Las Vegas, Clark County, (Unit 1803):

20       MORE PARTICULARLY DESCRIBED AS:

21       PARCEL I:

22       UNIT ONE THOUSAND EIGHT HUNDRED THREE (1803) IN
         BUILDING "W" IN VEER TOWERS, AS SHOWN ON THAT CERTAIN
23    FINAL MAP OF THE VEER TOWERS, A RESORT CONDOMINIUM
         SUBDIVISION ON FILE IN BOOK 142 OF PLATS, PAGE 42 (THE
24    "MAP") AND AS SET FORTH IN THE DECLARATION OF
         COVENANTS, CONDITIONS AND RESTRICTIONS AND
25    RESERVATION OF EASEMENTS FOR VEER TOWERS (THE
         "DECLARATION"), RECORDED MAY 03, 2010 IN BOOK 20100503 AS
26    INSTRUMENT NO. 0002036, BOTH IN THE OFFICE OF THE
         COUNTY RECORDER, CLARK COUNTY, NEVADA (THE
27    "OFFICIAL RECORDS").

28    / / /

PARCEL II:

AN ALLOCATED INTEREST AS A TENANT-IN-COMMON IN THE COMMON ELEMENTS OF VEER TOWERS (INCLUDING ANY ANNEXATIONS THEREOF)AS SHOWN BY THE MAP AND AS SET FORTH IN THE DECLARTION.

PARCEL III:

AN EXCLUSIVE EASEMENT APPURTENANT TO PARCELS ONE (1) AND TWO (2) DESCRIBED ABOVE, OVER AREAS DEFINED AND DESCRIBED AS LIMITED COMMON ELEMENTS, IF ANY, ALLOCATED TO PARCELS ONE (1) AND TWO (2) IN THE DECLARATION AND AD SHOWN AND DELINEATED UPON THE MAP REFFERED TO ABOVE.

PARCEL IV:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE AND OTHER PURPOSES ALL DESCRIBED IN THE DECLARATION AND IN THAT CERTAIN (A) DECLARTION OF CENTRAL PLANT EASEMENTS, DATED DECEMBER 01, 2009 AND RECORDED DECEMBER 1, 2009 IN BOOK 20091201 AS INSTRUMENT NO. 0002884 OF OFFICIAL RECORDS, AND AS AMENDED BY THAT CERTAIN FIRST AMENDMENT TO DECLARATION OF CENTRAL PLANT EASEMENTS, DATED JANUARY 7, 2010 AND RECORDED JANUARY 7, 2010 IN BOOK 20100107 AS INSTRUMENT NO. 0000577 OF OFFICIAL RECORDS; (B) PARKING AND ACCESS AGREEMENT, DATED APRIL 28, 2010 AND RECORDED MAY 3, 2010 IN BOOK 20100503 AS INSTRMENT NO. 0000515 OF OFFICIAL RECORDS; (C) DECLARATION OF SUPPORT AND ENCROACHMENT EASEMENTS, DATED DECEMBER 1, 2009 AND RECORDED DECEMBER 1, 2009 IN BOOK 20091201 AS INSTRUMENT NO. 0002885 OF OFFICIAL RECORDS, AND AS AMENDED BY THAT CERTAIN FIRST AMENDMENT TO DECLARATION OF SUPPORT AND ENCROACHMENT EASEMENTS, DATED JANUARY 7, 2010 AND RECORDED JANUARY 07, 2010 IN BOOK 20100107 AS INSTRUMENT NO. 0000578 OF OFFICIAL RECORDS; AND (D) DECLARATION OF LIFE SAFETY SYSTEMS EASEMENTS, DATED DECEMBER 1, 2009 AND RECORDED DECEMBER 1, 2009 IN BOOK 20091201 AS INSTRUMENT NO. 0002886 OF OFFICIAL RECORDS, AND AS AMENDED BY THAT CERTAIN FIRST AMENDMENT TO DECLARATION OF LIFE SAFETY SYSTEM EASEMENTS DATED JANUARY 7, 2010 AND RECORDED JANUARY 07, 2010 IN BOOK 20100107 AS INSTRUMENT NO. 0000579, AND ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 162-20-714-153.

On November 12, 2021, this Court authorized the Interlocutory Sale of Unit 1803. Order Approving Interlocutory Sale, ECF No. 56. The Interlocutory Sale was not opposed by Defendant. ECF No. 56. Following the Court's Order, Douglas Sawyer (the Court-approved broker) appraised the property and, based on recent sales, adjustments to the

recent sales to account for differences between the property and comparable properties, the condition of the property, and the prevailing real estate market, opined that the property was worth between $480,000 and $500,000. Mr. Sawyer has recommended a listing price of $480,000.[1]

The United States recommends that this Court approve the recommended listing price of $480,000. The United States views this listing price as fair and reasonable based on the information received from Douglas Sawyer and the most recent comparable sales.

Respectfully submitted this 2nd day of March 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/  James A. Blum*
JAMES A. BLUM
Assistant United States Attorney


IT IS SO ORDERED:

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED:   April 29, 2022

---

[1] On February 25, 2022, the Defendant agreed to the sale price of $480,000 through his counsel, Maggie Lambrose.