RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Jorge Abramovs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00027-RFB-DJA |
| Plaintiff, | **STIPULATION TO EXTEND REPLY DEADLNE TO EMERGENCY MOTION TO COMPEL BRADY MATERIAL WITHHELD BY THE GOVERNMENT DURING THE JUNE 23, 2022 SENTENCING HEARING** (First Request) |
| v. | |
| JORGE ABRAMOVS, | |
| Defendant. | |

Mr. Abramovs's deadline to file the reply to the motion to compel is currently August 2, 2022. However, on August 2, 2022, at 3:17p.m., the government disclosed additional discovery. Defense counsel requires sufficient time to review the new material and discuss it with Mr. Abramovs. For these reasons, the parties stipulate and agree to extend the reply deadline by one day to August 3, 2022.

This is the first request for an extension of time filed herein.

1     DATED this 2nd day of August, 2022.

2

3     RENE L. VALLADARES                    Jason M. Frierson
      Federal Public Defender               United States Attorney

4

5         */s/ Margaret W. Lambrose*                */s/ Jessica Oliva*
      By_____   By_____

6     MARGARET W. LAMBROSE                  JESSICA OLIVA

7     Assistant Federal Public Defender     Assistant Unites States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

         Plaintiff,

    v.

JORGE ABRAMOVS,

         Defendant.

Case No. 2:21-cr-00027-RFB-DJA

**ORDER**

    IT IS THEREFORE ORDERED that the Reply to the Emergency Motion to Compel Brady Material Withheld by the Government During the June 23, 2022, Sentencing Hearing currently due on August 2, 2022, be vacated and continued to August 3, 2022.

    DATED this 2nd day of August, 2022.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE